1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11   DEUTSCHE BANK NATIONAL TRUST
      COMPANY,                                    CASE NO. 11-CV-2193-LAB-JMA
12
                              Plaintiff,          **ORDER REMANDING CASE**
13
          vs.
14   RICHARD R. PEREZ,

15                            Defendant.

16

17       On February 24, 2011, Deutsche Bank filed an unlawful detainer action against Perez

18   in San Diego Superior Court.  On September 20, 2011, Perez removed the action to this

     Court under 28 U.S.C. § 1443, 28 U.S.C. § 1343, and 28 U.S.C. § 1441.
19
         The Court is obliged to examine its own jurisdiction, *sua sponte* if necessary, *B.C. v.*
20
     *Plumas Unified Sch. Dist.*, 192 F.3d 1260, 1264 (9th Cir. 1999), and to remand any removed
21
     action over which it lacks jurisdiction.  28 U.S.C. § 1447(c).  "Where doubt regarding the right
22
     to removal exists, a case should be remanded to state court."  *Matheson v. Progressive*
23
     *Specialty Ins. Co.*, 319 F.3d 1089, 1090 (9th Cir. 2003).  Under the well-pleaded complaint
24
     rule, federal question jurisdiction only exists when the complaint is based on federal law;
25
     federal questions in defenses or counterclaims are insufficient. *Vaden v. Discover Bank*, 556
26
     U.S. 49, 129 S.Ct. 1262, 1272, 1278 (2009).  Deutsche Bank's complaint contains no federal
27
     claims; here, the only basis for removal offered by Perez is an alleged violation of his civil
28
     rights.  He can assert those rights, however, in state court, which is the proper forum in

- 1 -

which to adjudicate an unlawful detainer action.  This case is therefore **REMANDED**.  The hearing on Deutsche Bank's motion to remand scheduled for Monday, January 17 is vacated.  This case is now closed.

**IT IS SO ORDERED**.

DATED:  January 12, 2012

_____

**HONORABLE LARRY ALAN BURNS**
United States District Judge