# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                              Plaintiff,<br>   vs.<br>RICHARD R. PEREZ,<br><br>                             Defendant. | CASE NO. 11-CV-2193-LAB-JMA<br><br>**ORDER REMANDING CASE** |

On February 24, 2011, Deutsche Bank filed an unlawful detainer action against Perez in San Diego Superior Court. On September 20, 2011, Perez removed the action to this Court under 28 U.S.C. § 1443, 28 U.S.C. § 1343, and 28 U.S.C. § 1441.

The Court is obliged to examine its own jurisdiction, *sua sponte* if necessary, *B.C. v. Plumas Unified Sch. Dist.*, 192 F.3d 1260, 1264 (9th Cir. 1999), and to remand any removed action over which it lacks jurisdiction. 28 U.S.C. § 1447(c). "Where doubt regarding the right to removal exists, a case should be remanded to state court." *Matheson v. Progressive Specialty Ins. Co.*, 319 F.3d 1089, 1090 (9th Cir. 2003). Under the well-pleaded complaint rule, federal question jurisdiction only exists when the complaint is based on federal law; federal questions in defenses or counterclaims are insufficient. *Vaden v. Discover Bank*, 556 U.S. 49, 129 S.Ct. 1262, 1272, 1278 (2009). Deutsche Bank's complaint contains no federal claims; here, the only basis for removal offered by Perez is an alleged violation of his civil rights. He can assert those rights, however, in state court, which is the proper forum in

which to adjudicate an unlawful detainer action. This case is therefore **REMANDED**. The hearing on Deutsche Bank's motion to remand scheduled for Monday, January 17 is vacated. This case is now closed.

**IT IS SO ORDERED**.

DATED: January 12, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge